**MINUTE ENTRY**
**DOUGLAS, M.J.**
**JANUARY 27, 2022**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUNAE VILLAVASO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-14932** |
| **EDUCATION MANAGEMENT, INC.** | **SECTION: "L" (3)** |

Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers has been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

**Court Reporter**: **Nichelle Wheeler**

MJSTAR: 2:10